**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OPTICSPLANET, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 2025 cv 2623 |
| | ) | |
| PBTT, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION FOR DISMISSAL**

This matter coming to be heard for status, due notice having been served, this matter having been settled by and between all the parties and the Court being advised in the premises,

IT IS HEREBY ORDERED that the matter is dismissed with prejudice with each party to bear its own attorneys fees and costs.

/s/ Daniel Olswang
Attorney for Plaintiff

/s/ Mahja Zeon
Attorney for the Defendant

DATE:..........................................

ENTER: ______________________

Daniel Olswang
Netzky Olswang Law Group
8605 W Bryn Mawr, Suite 309
Chicago Illinois 60631
847/224-1169
dan@no-lawgroup.com