**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

OpticsPlanet, Inc., et al.
Plaintiff,
v.
PBTT, Inc., et al.
Defendant.

Case No.: 1:25−cv−02623
Honorable Jeremy C. Daniel

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 14, 2026:

MINUTE entry before the Honorable Gabriel A. Fuentes: The parties having filed their stipulation to dismiss (doc. #[53]), all matters subject to the referral have been concluded, and the referral is hereby terminated. Honorable Judge Gabriel A. Fuentes no longer referred to the case. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.